Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
         jrodriguez@shimodalaw.com

Attorneys for Plaintiff SCARLETTE MEJIA
on behalf of herself and similarly situated employees

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCARLETTE MEJIA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMLAND MUTUAL INSURANCE COMPANY, an Iowa corporation; FARMLAND MUTUAL INSURANCE CO, an unincorporated association; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | **Case No. 2:17-cv-00570-TLN-KLN**<br><br>**CLASS ACTION**<br><br>**STIPULATION & ORDER TO FILE A FIRST AMENDED COMPLAINT** |

This Stipulation and proposed Order is entered into between Plaintiff SCARLETTE MEJIA ("Plaintiff") and Defendants FARMLAND MUTUAL INSURANCE COMPANY, FARMLAND MUTUAL INSURANCE CO, and NATIONWIDE MUTUAL INSURANCE COMPANY (Hereinafter referred to as "Defendants") (Plaintiff and Defendants all collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS Plaintiff initiated the above entitled action by filing a wage and hour putative class action Complaint in the Superior Court of California for the County of Sacramento on February 3, 2017, against Defendants;

WHEREAS Plaintiff has submitted a notice to the Labor and Workforce Development Agency ("LWDA") alleging claims under the Private Attorneys General Act ("PAGA") on February 3, 2017 for failure to provide accurate wage statements;

WHEREAS Defendants filed a notice of removal and removed this action to the United States District Court for the Eastern District of California on March 16, 2017;

WHEREAS Plaintiff contends the LWDA has not responded regarding their intent to investigate the noticed claims and, therefore, Plaintiff contends that she is statutorily authorized to act as a Private Attorneys General on the noticed claims as of April 9, 2017;

WHEREAS Federal Rule of Civil Procedure 15(a)(2) permits a party to amend its pleading with the opposing party's written consent;

WHEREAS California Labor Code section 2699.3(a)(2)(C) provides that a plaintiff may as a matter of right amend an existing complaint to add a cause of action arising under the PAGA at any time within 60 days of the time periods specified in the PAGA;

WHEREAS the Parties have engaged in informal discovery regarding the applicability of ERISA to Plaintiff's First, Second, and Third Causes of Action and Plaintiff has agreed to dismiss those claims, without prejudice, and with each side to bear their own fees and costs as to those claims;

WHEREAS neither Plaintiff nor her counsel are receiving any type or form of compensation for the dismissal of the claims without prejudice;

WHEREAS Defendants have agreed to permit Plaintiff to file a First Amended Complaint, a true and correct copy of which is attached hereto as **Exhibit A**;

WHEREAS Defendants deny the allegations in the proposed First Amended Complaint and are not making any admission of any kind whatsoever in agreeing to this stipulation;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

1. That Plaintiff's First, Second, and Third Causes of Action are dismissed, without prejudice, and with each side to bear their own fees and costs as to those claims;

2. That the Court will enter an Order granting Plaintiff leave to file her First Amended Complaint, attached hereto as **Exhibit A**;

3. That upon the date of entry of the Order hereon by the Court, Plaintiff's First Amended Complaint shall be deemed filed and served; and

4. That Defendant shall have thirty days from the date of entry of the Order hereon by the Court to file a responsive pleading.

LITTLER MENDELSON, P.C.

DATED: May 22, 2017         By:   /s/ Britney N. Torres
                                  Barbara A. Blackburn
                                  Britney N. Torres
                                  (As authorized on 5/22/17)
                                  Attorneys for Defendants

SHIMODA LAW CORP.

DATED: May 22, 2017         By:   /s/ Justin P. Rodriguez
                                  Galen T. Shimoda
                                  Justin P. Rodriguez
                                  Counsel for Plaintiff

**ORDER**

The COURT, having considered the above stipulation, HEREBY ORDERS that:

1. Plaintiff's First, Second, and Third Causes of Action are dismissed, without prejudice, and with each side to bear their own fees and costs as to those claims;

2. Plaintiff's request for leave to file her First Amended Complaint, attached hereto as **Exhibit A**, is GRANTED;

3. Plaintiff's First Amended Complaint is deemed filed and served on Defendants, on the date of this Order; and
4. Defendants shall have thirty days from the date of entry of the Order hereon by the Court to file a responsive pleading.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: May 25, 2017

Troy L. Nunley
United States District Judge