Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
          jrodriguez@shimodalaw.com

Attorneys for Plaintiff SCARLETTE MEJIA
on behalf of herself and similarly situated employees

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCARLETTE MEJIA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMLAND MUTUAL INSURANCE COMPANY, an Iowa corporation; FARMLAND MUTUAL INSURANCE CO, an unincorporated association; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:17-CV-00570-TLN-KJN<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER REGARDING PRETRIAL SCHEDULING ORDER** |

This Stipulation and proposed Order is entered into between Plaintiff SCARLETTE MEJIA ("Plaintiff") and Defendants FARMLAND MUTUAL INSURANCE COMPANY, which was sued by its correct name and also as FARMLAND MUTUAL INSURANCE CO, and NATIONWIDE MUTUAL INSURANCE COMPANY (Hereinafter referred to as "Defendants") (Plaintiff and Defendants all collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS the Court issued a Pretrial Scheduling Order on May 19, 2017 [Dkt. No. 6] setting certain deadlines, including a factual discovery deadline of November 30, 2017, an expert witness disclosure deadline of December 28, 2017, and a filing deadline for Plaintiff's motion for class certification of February 22, 2018;

WHEREAS Plaintiff filed a First Amended Complaint in this matter on May 30, 2017;

WHEREAS Plaintiff served Requests for Admission, Set One, Special Interrogatories, Set One, and Request for Production of Documents, Set One on Defendants on June 9, 2017;

WHEREAS Defendants filed a motion to dismiss Plaintiff's claims and strike class allegations on June 29, 2017;

WHEREAS Defendants served responses to Plaintiff's discovery requests on July 27, 2017 after receiving a 30 day extension of time to respond to said discovery from Plaintiff's counsel;

WHEREAS, although Plaintiff believes the discovery responses are deficient and intends to meet and confer and file a motion to compel further responses, the Parties have agreed, in good faith, to defer this litigation effort and expense pending the Court's resolution of Defendants' motion to dismiss and strike class allegations, which may obviate the need to engage discovery motion practice; and

WHEREAS, to avoid any prejudice by delaying further meet and confer discussions and filing discovery motions, the Parties have agreed to request the Court to vacate the fact discovery, expert disclosure and certification motion filing deadlines currently set in the Courts May 19, 2017 Pretrial Scheduling Order [Dkt. No. 6];

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

1. The November 30, 2017 discovery deadline, the December 28, 2017 expert witness disclosure deadline, and the February 22, 2018 filing deadline for a motion for class certification shall be vacated;

2. That, if the Court denies Defendants' motion to dismiss and strike class allegations, the Parties shall meet and confer and submit new proposed deadlines for discovery, expert witness disclosures, and certification motion filing within 14 days thereafter for the Court's consideration;

**STIPULATION AND ORDER RE PRETRIAL SCHEDULING ORDER**  Case No.: 2:17-cv-0570

3. The Court's May 19, 2017 Pretrial Scheduling Order [Dkt. No. 6] shall remain in effect in all other respects.

LITTLER MENDELSON, P.C.

DATED: August 16, 2017   By:   /s/ Britney Torres
Barbara A. Blackburn
Britney N. Torres
(As authorized on August 16, 2017)
Attorneys for Defendants

SHIMODA LAW CORP.

DATED: August 16, 2017   By:   /s/ Justin P. Rodriguez
Galen T. Shimoda
Justin P. Rodriguez
Counsel for Plaintiff

**ORDER**

The COURT, having considered the above stipulation, HEREBY ORDERS that:

1. The November 30, 2017 discovery deadline, the December 28, 2017 expert witness disclosure deadline, and the February 22, 2018 filing deadline for a motion for class certification is vacated;
2. If the Court denies Defendants' motion to dismiss and strike class allegations, the Parties shall meet and confer and submit new proposed deadlines for discovery, expert witness disclosures, and certification motion filing within 14 days thereafter for the Court's consideration;
3. The Court's May 19, 2017 Pretrial Scheduling Order [Dkt. No. 6] shall remain in effect in all other respects.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: August 17, 2017

Troy L. Nunley
United States District Judge