Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
       jrodriguez@shimodalaw.com

Attorneys for Plaintiff SCARLETTE MEJIA
on behalf of herself and similarly situated employees

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCARLETTE MEJIA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMLAND MUTUAL INSURANCE COMPANY, an Iowa corporation; FARMLAND MUTUAL INSURANCE CO, an unincorporated association; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:17-CV-00570-TLN-KJN<br><br>**CLASS ACTION**<br><br>**STIPULATION & ORDER REGARDING AMENDING PRETRIAL SCHEDULING ORDER** |

This Stipulation and proposed Order is entered into between Plaintiff SCARLETTE MEJIA ("Plaintiff") and Defendants FARMLAND MUTUAL INSURANCE COMPANY, which was sued by its correct name and also as FARMLAND MUTUAL INSURANCE CO, and NATIONWIDE MUTUAL INSURANCE COMPANY (Hereinafter referred to as "Defendants") (Plaintiff and Defendants all collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS the Court issued a Pretrial Scheduling Order on May 19, 2017 [Dkt. No. 6] setting certain deadlines;

WHEREAS Defendants filed a Motion to Dismiss and Strike Plaintiff's Class Allegations on June 29, 2017;

WHEREAS the Court issued an Order on August 17, 2017 [Dkt. No. 22] modifying the Pretrial Scheduling Order to vacate the discovery deadline, expert witness disclosure deadline, and filing deadline for class certification;

WHEREAS the Court's August 17, 2017 Order also stated the parties would propose new deadlines within fourteen (14) days of the Court denying Defendants' Motion;

WHEREAS on June 26, 2018 the Court granted in part and denied in part Defendants' Motion and gave Plaintiff thirty (30) days to file a Second Amended Complaint [Dkt. 23];

WHEREAS the Parties believe it will help case management discussions and clarify the expected deadlines for discovery and certification for purposes of submitting a modified scheduling order, if the requirement for submission takes place after an operative Complaint and Answer are filed with the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

1. The Parties shall meet and confer and submit new proposed deadlines for discovery, expert witness disclosures, and certification motion filing within 30 days after Defendants file an Answer;

2. The Court's May 19, 2017 Pretrial Scheduling Order [Dkt. No. 6] shall remain in effect in all other respects.

LITTLER MENDELSON, P.C.

DATED: July 9, 2017         By:    /s/ Barbara A. Blackburn
                                   Barbara A. Blackburn
                                   Britney N. Torres
                                   (As authorized on 7/9/18)
                                   Attorneys for Defendants

|   |   |   |
|---|---|---|
| | SHIMODA LAW CORP. | |
| DATED: July 9, 2017 | By: | /s/ Justin P. Rodriguez |
| | | Galen T. Shimoda |
| | | Justin P. Rodriguez |
| | | Counsel for Plaintiff |

**ORDER**

The COURT, having considered the above stipulation, HEREBY ORDERS that:

1. The Parties shall meet and confer and submit new proposed deadlines for discovery, expert witness disclosures, and certification motion filing within 30 days after Defendants file an Answer;

2. The Court's May 19, 2017 Pretrial Scheduling Order [Dkt. No. 6] shall remain in effect in all other respects.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: July 16, 2018

Troy L. Nunley
United States District Judge