Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
**Shimoda Law Corp.**
9401 East Stockton Boulevard, Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
       jrodriguez@shimodalaw.com

Attorneys for Plaintiff SCARLETTE MEJIA
on behalf of herself and similarly situated employees

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCARLETTE MEJIA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMLAND MUTUAL INSURANCE COMPANY, an Iowa corporation; FARMLAND MUTUAL INSURANCE CO, an unincorporated association; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:17-CV-00570-TLN-KJN<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER DISMISSING CLASS ACTION CLAIMS WITHOUT PREJUDICE, DISMISSING PRIVATE ATTORNEYS GENERAL ACT CLAIMS WITHOUT PREJUDICE, AND DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE; DECLARATION OF JUSTIN P. RODRIGUEZ IN SUPPORT THEREOF** |

This Stipulation and Proposed Order is entered into between Plaintiff SCARLETTE MEJIA ("Plaintiff") and Defendants FARMLAND MUTUAL INSURANCE COMPANY, FARMLAND MUTUAL INSURANCE CO, and NATIONWIDE MUTUAL INSURANCE COMPANY ("Defendants") (Plaintiff and Defendant all collectively, the "Parties"), by and through their counsel of record, as follows:

|   | **STIPULATION** |
|---|---|
| 1 | |

# STIPULATION

WHEREAS the above entitled action by was initiated by the filing of a complaint on or about February 3, 2017 against Defendants in the Sacramento Superior Court, Case No. 34-2017-00207507;

WHEREAS on February 3, 2017, Plaintiff provided notice to the Labor and Workforce Development Agency ("LWDA") of her intent to bring a representative claim under the Private Attorneys General Act ("PAGA");

WHEREAS the LWDA did not provide any response to this notice and as such Plaintiff became authorized to bring a PAGA claim on behalf of herself and other aggrieved employees;

WHEREAS Defendants removed the action to the United States District Court for the Eastern District of California on or about March 16, 2017;

WHEREAS Plaintiff filed a First Amended Complaint, Case No. 2:17-CV-00570-TLN-KJN;

WHEREAS Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint and Strike Class Allegations on or about June 29, 2017;

WHEREAS on June 26, 2017, the Court granted Defendants' Motion in part and denied it in part;

WHEREAS no motion for certification of this matter has been filed or has been scheduled to be filed;

WHEREAS in order to avoid the risks and expenses associated with continued litigation, the Parties now wish to dismiss the PAGA claims without prejudice and dismiss the class claims and allegations without prejudice;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

1. That the PAGA claims alleged in Plaintiff's First Amended Complaint shall be dismissed without prejudice;

2. That the claims of any putative class member, class claims, and/or class allegations shall be dismissed without prejudice;

//

//

3. That Plaintiff's individual claims shall be dismissed with prejudice; and

4. All parties shall bear their own attorney's fees and costs.

DATED: July 25, 2018 **Shimoda Law Corp.**

By: /s/ Justin P. Rodriguez
Galen T. Shimoda, Esq.
Justin P. Rodriguez, Esq.
Attorneys for Plaintiffs

DATED: July 25, 2018 **Littler Mendelson P.C.**

By: /s/ Barbara A. Blackburn
Barbara A. Blackburn, Esq.
(as authorized on 7/25/18)
Attorney for Defendant

**ORDER**

The Court, having considered the above stipulation and the declaration of Plaintiff's Counsel filed in support thereof, HEREBY ORDERS the following:

1. That the PAGA claims alleged in Plaintiff's First Amended Complaint be dismissed without prejudice;

2. That the claims of any putative class member, class claims, and/or class allegations shall be dismissed without prejudice;

3. That Plaintiff's individual claims shall be dismissed with prejudice; and

4. All parties shall bear their own attorney's fees and costs.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: August 10, 2018

Troy L. Nunley
United States District Judge